OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

**Paula M. LAPPE, Respondent.**

**No. 1007 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 11, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of May, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania and Dissenting Opinion dated February 22, 2005, it is hereby

ORDERED that PAULA M. LAPPE be and she is SUSPENDED from the Bar of this Commonwealth for a period of two years, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

**Kirk Allen McDANIEL, Respondent.**

**No. 399 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 11, 2005.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of May, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 22, 2005, it is hereby

ORDERED that KIRK ALLEN McDANIEL be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.